IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, | ) |
| | ) |
| Plaintiff, | ) C. A. No. _____ |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| KONTERA TECHNOLOGIES, INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**PLAINTIFF GENERAL ELECTRIC COMPANY'S NOTICE OF PARTIES WITH FINANCIAL INTEREST**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and the Local Rules for the District of Delaware, undersigned counsel of record for Plaintiff General Electric Company ("GE") hereby certifies that GE has no parent corporation and that no publicly held corporation owns 10% or more interest thereof.

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Matthew M. Wolf
ARNOLD & PORTER LLP
555 Twelfth Street, NW
Washington, DC 20004-1206
(202) 942-5000

Nicholas H. Lee
ARNOLD & PORTER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, California 90017-5844
(213) 243-4000

By: /s/ Philip A. Rovner
Philip A. Rovner (#3215)
Jonathan A. Choa (#5319)
Hercules Plaza
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000
provner@potteranderson.com
jchoa@potteranderson.com

*Attorneys for Plaintiff*
*General Electric Company*

Dated: April 27, 2012
1056922