**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELWARE**

| | | |
|---|---|---|
| GENERAL ELECTRIC COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:12-cv-00525 (LPS) |
| | ) | |
| KONTERA TECHNOLOGIES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND ORDER TO EXTEND TIME

IT IS STIPULATED AND AGREED, by the undersigned counsel for plaintiff General Electric Company ("GE") and defendant Kontera Technologies, Inc. ("Kontera") and subject to the approval of the Court, that the date by which Kontera must answer, move or otherwise respond to GE's complaint (D.I. 1) is extended to and including June 18, 2012.


| | |
|---|---|
| _/s/ Philip A. Rovner_ | _/s/ Richard K. Herrmann_ |
| Philip A. Rovner (#3215) | Richard K. Herrmann (#405) |
| Jonathan A. Choa (#5319) | Mary B. Matterer (#2696) |
| POTTER ANDERSON & CORROON LLP | Kenneth L. Dorsney (#3726) |
| Hercules Plaza | MORRIS JAMES LLP |
| 1313 North Market Street | 500 Delaware Avenue, Suite 1500 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 984-6000 | (302) 888-6800 |
| provner@potteranderson.com | rherrmann@morrisjames.com |
| jchoa@potteranderson.com | mmatterer@morrisjames.com |
| *Attorneys for Plaintiff* | kdorsney@morrisjames.com |
| *General Electric Company* | *Attorneys for Defendant* |
| | *Kontera Technologies, Inc.* |


**IT IS SO ORDERED** this _____ day of _____, 2012.


_____
LEONARD P. STARK
UNITED STATES DISTRICT JUDGE