**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY,<br><br>    Plaintiff,<br><br>  v.<br><br>KONTERA TECHNOLOGIES, INC.,<br><br>    Defendant. | C.A. No. 12-525 (LPS) |

**MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE**

  Pursuant to Local Rule 83.5 and the attached certifications, counsel moves for the admissions *pro hac vice* of Ariana Chung-Han and James C. Yoon of the law firm Wilson Sonsini Goodrich & Rosati to represent Defendant Kontera Technologies, Inc. in this matter.

Dated: May 16, 2012

                */s/ Richard K. Herrmann*
                Richard K. Herrmann (#405)
                Mary B. Matterer (#2696)
                MORRIS JAMES LLP
                500 Delaware Ave., Suite 1500
                Wilmington, DE 19801
                (302) 888-6800
                rherrmann@morrisjames.com

                Attorneys for Defendant
                KONTERA TECHNOLOGIES, INC.

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admissions *pro hac vice* is granted.

Date: _____        _____
                  United States District Court Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 will be submitted to the Clerk's Office upon the filing of this motion.

Signed: _____
Ariana Chung-Han

Dated: 5/16/12

Ariana Chung-Han
Wilson Sonsini Goodrich & Rosati
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: 415.947.2000
Facsimile: 415.947.2099
E-Mail: achung@wsgr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 was previously submitted to the Clerk's Office.

Signed: _____
James C. Yoon

Dated: 5/16/12

James C. Yoon
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304
Telephone:  650.493.9300
Facsimile:  650.493.6811
E-Mail: jyoon@wsgr.com