**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELWARE**

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>KONTERA TECHNOLOGIES, INC., )<br>)<br>Defendant. )<br>) | C.A. No. 1:12-cv-00525 (LPS) |

**KONTERA TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Kontera Technologies, Inc. does not have any parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: June 18, 2012

        */s/ Richard K. Herrmann*
Richard K. Herrmann (#405)
Mary B. Matterer (#2696)
Kenneth L. Dorsney (#3726)
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
(302) 888-6800
rherrmann@morrisjames.com

*Attorneys for Defendant*
*Kontera Technologies, Inc.*

*OF COUNSEL:*

Ariana Chung-Han
WILSON SONSINI GOODRICH & ROSATI
One Market Plaza
Spear Tower, Suite 3300
San Francisco, CA 94105
(415) 947-2000
achung@wsgr.com

James C. Yoon
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Road
Palo Alto, CA 94304
(650) 493-9300
jyoon@wsgr.com