IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GENERAL ELECTRIC COMPANY, | : |
| Plaintiff, | : |
| v. | : C.A. No. 1:12-cv-00525-LPS |
| KONTERA TECHNOLOGIES, INC., | : |
| Defendant. | : |

## MEMORANDUM ORDER

At Wilmington this **4th** day of **December, 2013**:

For the reasons stated in this Court's Memorandum Order granting Vibrant Media, Inc.'s Renewed Motion to Stay Pending *Inter Partes* Review Proceedings Before the United States Patent and Trademark Office, in the related action *General Electric Company v. Vibrant Media, Inc.* (*see* C.A. 12-526-LPS D.I. 91),

IT IS HEREBY ORDERED that Kontera's Motion to Stay (D.I. 38) is GRANTED.

IT IS FURTHER ORDERED that this matter is STAYED for all purposes except for the completion of fact discovery, pending the final outcome of the United States Patent and Trademark Office's *inter partes* review proceedings. The parties shall provide the Court with a status report within ten days following completion of the *inter partes* review proceedings.

UNITED STATES DISTRICT JUDGE